

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Matthew Phelps*
*Assistant United States Attorney*
*Matthew.Phelps@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4920*
*MAIN: 410-209-4800*
*FAX: 410-962-9947*

June 15, 2026

**(via cm/ecf)**
Hon. James K. Bredar
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> Re:    **Deferred Prosecution Agreement**
> ***United States v. Karthikeyan Deenadayalan,*** **Case No. 1:26-cr-00197**

Dear Judge Bredar,

The Government and the Defendant have entered into a Deferred Prosecution Agreement ("DPA") in the above-referenced matter.  The Government is requesting that the DPA be entered at a public hearing.  The public hearing will allow victims to be present.  The Government emailed a copy of the DPA to Chambers.  The Government requests a hearing at the earliest available opportunity.  The Government can conduct an initial appearance in front of Your Honor or with a magistrate.

Very truly yours,

Kelly O. Hayes
United States Attorney

Matthew P. Phelps
Assistant United States Attorney

CC:    Gregg Bernstein, gbernstein@zuckerman.com
John Connolly, jconnolly@zuckerman.com

*Counsel for the Defendant*